**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **BUC-EE'S, LTD.** | |
| **Plaintiff,** | **8:17CV287** |
| **v.** | |
| **BUCKS, INC., d/b/a BUCKY'S, and STEVEN BUCHANAN,** | **ORDER** |
| **Defendants.** | |

This matter is before the Court on the parties' joint request for resolution of three disputes concerning the provisions of the protective order to be entered in this case. Per the Court's email to counsel dated November 28, 2017, the parties submitted arguments and their respective proposed protective orders to the undersigned magistrate judge by email on December 1, 2017. Upon review of the docket and the parties' submissions and arguments, the Court makes the following rulings:

1.  Plaintiff's tendered provisions as to paragraph 6 of the protective order shall not be included therein;

2.  Paragraph 18 shall be stricken from Defendants' proposed protective order unless both parties agree to its inclusion as currently written or as otherwise agreed upon; and

3.  Defendants' proposed protective order, subject to paragraphs 1 and 2 above, is approved and shall be signed by counsel for each of the parties and submitted to the Court for approval on or before December 11, 2017.

**IT IS SO ORDERED.**

Dated this 4th day of December, 2017.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge