UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BUC-EE'S, LTD.<br><br>   Plaintiff,<br><br>v.<br><br>BUCKS, INC., d/b/a BUCKY'S, and STEVEN BUCHANAN,<br><br>   Defendants. | CIVIL ACTION No. 8:17-CV-00287-LSC-MDN<br><br>Jury Trial Demanded |

## STIPULATED JOINT MOTION TO MODIFY THE CASE PROGRESSION ORDER

The parties stipulate and jointly move the Court to modify certain deadlines in the Case Progression Order in this case (ECF No. 152). The parties' proposed modifications do not affect the trial date or dispositive motion deadlines. The parties respectfully request modifications of certain deadlines in view of the August 8, 2018, settlement conference (ECF No. 159) and so that the parties may continue settlement discussions.

The Court may modify the Case Progression Order for "good cause." Here, good cause exists because modification may allow the parties to reach settlement and obviate the need to expend significant resources completing discovery. For the last several months the parties have been engaged in settlement discussions, and the parties are scheduled to appear before Magistrate Judge Nelson for a settlement conference on August 8, 2018 (ECF No. 159). The proposed modifications to the Case Progression Order will allow the parties to continue pursuing settlement and to devote their resources to the upcoming settlement conference, while also providing sufficient time to complete discovery in the event negotiations reach an impasse.

1

The modifications the parties seek are relatively minor. The trial date and dispositive motion deadlines are unaffected. The parties' proposed modifications are set forth in the following table (proposed modifications in emphasis):

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| ***Deadline for plaintiff to serve expert reports*** | ***August 15, 2018*** | ***October 2, 2018*** |
| Deadline for parties to file *fact* discovery motions | September 28, 2018 | September 28, 2018 (deadline unchanged) |
| ***Deadline for defendants to serve expert reports*** | ***October 15, 2018*** | ***December 3, 2018*** |
| ***Deadline for plaintiff to serve rebuttal expert reports*** | ***October 30, 2018*** | ***December 17, 2018*** |
| Deadline for completion of written *fact* discovery | October 30, 2018 | October 30, 2018 (deadline unchanged) |
| Deadline for completion of *fact* depositions | November 30, 2018 | November 30, 2018 (deadline unchanged) |
| ***Deadline for completion of expert depositions*** |  | ***January 4, 2019*** |
| Deadline to file motions to exclude expert testimony on *Daubert* and related grounds (unchanged) | January 11, 2019 ||
| Deadline to file motions to dismiss and/or for summary judgment (unchanged) | January 11, 2019 ||
| Deadline to file witness and exhibit lists (unchanged) | March 25, 2019 ||
| Deadline to file motions in limine (unchanged) | April 1, 2019 ||
| Final Pretrial Conference before Magistrate Judge Nelson (unchanged) | April 8, 2019 at 11am ||
| Trial (4 day jury trial) (unchanged) | April 16, 2019 ||

For all of the foregoing reasons, the parties respectfully request that the Court enter a modified Case Progression Order consistent with the proposed modifications set forth above.

Dated: July 12, 2018                            Respectfully submitted,

2

By: /s/Katherine Laatsch Fink
    H. Tracy Richardson, III (*pro hac vice*)
    Texas Bar No. 16863700
    Deputy General Counsel
    tracy@buc-ees.com
    Jeff F. Nadalo (*pro hac vice*)
    Texas Bar No. 24041559
    General Counsel
    jeff@buc-ees.com
    BUC-EE'S, LTD.
    327 FM 2004
    Lake Jackson, Texas 77566
    Telephone: (979) 230-2968
    Fax: (979) 230-2969

    Joseph J. Berghammer (*pro hac vice*)
    Illinois Bar No. 6273690
    jberghammer@bannerwitcoff.com
    Janice V. Mitrius (*pro hac vice*)
    Illinois Bar No. 6243513
    jmitrius@bannerwitcoff.com
    Katherine Laatsch Fink (*pro hac vice*)
    Illinois Bar No. 6292806
    kfink@bannerwitcoff.com
    BANNER & WITCOFF, LTD.
    Ten South Wacker Drive
    Suite 3000
    Chicago, IL 60606-7407
    Telephone: (312) 463-5000
    Fax: (312) 463-5001

    Matthew F. Heffron
    Brown, Brown Law Firm
    2027 Dodge Street Suite 501
    P.O. Box 40
    Omaha, NE 68101-0040
    Telephone: (402) 346-5010
    Fax: (402) 345-8853
    mheffron@bblaw.us

**ATTORNEYS FOR PLAINTIFF BUC-EE'S, LTD.**

By: /s/ John P. Passarelli (with permission)
    John P. Passarelli
    NE State Bar No. 16018
    John.Passarelli@KutakRock.com
    Patrick C. Stephenson
    NE State Bar No.: 19138
    Patrick.Stephenson@KutakRock.com
    Maggie L. Ebert
    NE State Bar No.: 24394
    Maggie.ebert@KutakRock.com
    KUTAK ROCK LLP
    1650 Farnam Street
    The Omaha Building
    Omaha, Nebraska 68102-2186
    Telephone: 402-231-8913
    Facsimile: 402-346-1148

**ATTORNEYS FOR DEFENDANTS BUCKS, INC. and STEVEN BUCHANAN**

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent electronic notification of this filing to all CM/ECF participants.

/s/ *Katherine Laatsch Fink*