# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BUC-EE'S, LTD.<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BUCKS, INC., d/b/a BUCKY'S, and<br>STEVEN BUCHANAN,<br><br>　　　　　Defendants. | 8:17CV287<br><br>ORDER |

This matter is before the Court following a Settlement Conference held with the undersigned magistrate judge on August 8, 2018. The parties have tentatively settled their claims. Accordingly,

**IT IS ORDERED.**

1. The parties are to meet and confer to finalize their written agreement and schedule the agreed upon arbitration.
2. In the event the parties do not finalize their agreement and schedule arbitration by **August 28, 2018**, a hearing is scheduled before the undersigned magistrate judge on **August 29, 2018**, at **9:30 a.m.** in Courtroom 6, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE. Attorneys of record shall appear in person. The clients and/or the clients' representatives may appear by telephone using the Case Conference Instructions at [Filing No. 91](Filing No. 91).
3. On or before **September 10, 2018**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the trial judge a draft order which will fully dispose of this case.

Dated this 9th day of August, 2018.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　s/ Michael D. Nelson
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge