IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BUC-EE'S, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> BUCK'S, INC. and STEVEN BUCHANAN, <br><br> Defendants. | CASE NO. 8:17-CV-00287 |

### DEFENDANTS' MOTION FOR ENTRY OF JUDGMENT IN ACCORDANCE WITH BINDING ARBITRATION

Defendants, Buck's, Inc. and Steven Buchanan, hereby move for entry of judgment in accordance with the binding arbitration conducted on October 11, 2018. The parties agreed to submit to binding arbitration certain determinations pertaining to the award of attorneys' fees. Pursuant to the Stipulated Motion and Order of Dismissal with Prejudice [Dkt. 183] and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), as a result of the arbitration, an Order of Arbitration dated October 17, 2018, resulted. The above-referenced Stipulation provided:

> With respect to the referral to arbitration, the arbitration shall take place on or before the 11th day of October, 2018. The Court orders that upon the completion of the above-referenced arbitration, the Court shall be advised as to the result of the binding arbitration, at which time the Court shall enter judgment in accordance with the binding arbitration.

On the basis of the foregoing and consistent with the Order of Arbitration submitted herewith, Defendants request judgment in the amount of Four Hundred Thousand Dollars ($400,000.00).

1

2

This Motion is based upon the pleadings, records and files herein and upon all matters of which this Court may properly take judicial notice, and upon such other and further evidence and argument as the court may receive.

Dated this 25th day of October, 2018.

          BUCK'S, INC. AND STEVEN BUCHANAN, Defendants

By: */s/ John P. Passarelli*
John P. Passarelli (Attorney in Charge)
NE State Bar No. 16018
Patrick C. Stephenson
NE State Bar No.: 19138
Maggie L. Ebert
NE State Bar No.: 24394
KUTAK ROCK LLP
The Omaha Building
1650 Farnam Street
Omaha, NE  68102-2186
Telephone: 402-231-8913
Facsimile: 402-346-1148
john.passarelli@kutakrock.com
patrick.stephenson@kutakrock.com
maggie.ebert@kutakrock.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent electronic notification of this filing to all CM/ECF participants.

          */s/ John P. Passarelli*
          John P. Passarelli