# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BUC-EE'S LTD.,<br><br>        Plaintiff,<br><br>vs.<br><br>BUCKS, INC., and STEVEN BUCHANAN,<br><br>        Defendants. | 8:17CV287<br><br>ORDER CONFIRMING ARBITRATION AWARD AND FINAL JUDGMENT |

This matter is before the Court on the uncontested Motion for Judgment in Accordance with Binding Arbitration, ECF No. 185, filed by Defendants Bucks, Inc., and Steven Buchanan. The Motion requests judgment in the amount of $400,000. Pursuant to 9 U.S.C. § 9 the Court finds that the Motion should be granted and judgment entered accordingly. Therefore,

IT IS ORDERED:

1. The Order of Arbitration, ECF No. 186-2, is confirmed; and

2. Judgment is entered in favor of Buck's, Inc., and Steven Buchanan, jointly, and against Buc-ee's LTD., in the amount of $400,000.

Dated this 8th day of November, 2018.

                                                  BY THE COURT:

                                                  s/Laurie Smith Camp<br>
                                                  United States District Judge