IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BUC-EE'S, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> BUCK'S, INC. and STEVEN BUCHANAN, <br><br> Defendants. | CASE NO. 8:17-CV-00287 <br><br> **SATISFACTION OF JUDGMENT** |

The undersigned, lead trial counsel for Defendants in the above civil action, does hereby certify that the judgment dated November 8, 2018 [Dkt. 187] in favor of Defendants and against Plaintiff has been satisfied and the Court is hereby authorized to discharge said Judgment of record.

Dated this 20th day of November, 2018.

BUCK'S, INC. AND STEVEN
BUCHANAN, Defendants

By:/s/ *John P. Passarelli*
    John P. Passarelli (Attorney in Charge)
    NE State Bar No. 16018
    Patrick C. Stephenson
    NE State Bar No.: 19138
    Maggie L. Ebert
    NE State Bar No.: 24394
    KUTAK ROCK LLP
    The Omaha Building
    1650 Farnam Street
    Omaha, NE 68102-2186
    Telephone: 402-231-8913
    Facsimile: 402-346-1148
    john.passarelli@kutakrock.com
    patrick.stephenson@kutakrock.com
    maggie.ebert@kutakrock.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 20, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent electronic notification of this filing to all CM/ECF participants.

                                                            */s/ John P. Passarelli*
                                                           John P. Passarelli

4840-3832-5376.2